UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERMALL BUTLER,                    )
                                   )
        Petitioner,                )
                                   )
        v.                         )    C.A. No. 05-10608-MLW
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Respondent.                )

ORDER

WOLF, D.J.                                          June 22, 2005

        Pursuant to Rule 4(b) of the Rules Governing Section 2255
Proceedings, the Clerk of the court is hereby ORDERED to serve a
copy of the Motion to Vacate, Set Aside, or Correct Sentence by a
Person in Federal Custody upon the office of the United States
Attorney.

        It is further ORDERED that the respondent shall, within twenty
(20) days of receipt of this Order, file an answer or other proper
responsive pleading to the Motion to Vacate, Set Aside or Correct
Sentence.

                                    /s/ Mark L. Wolf
                            UNITED STATES DISTRICT JUDGE