# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JERMALL BUUTLER**

**CIVIL ACTION**

**v**

**NO.  05-10608-MLW**

**UNITED STATES of AMERICA**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Order dated **MARCH 31, 2008**, in the above-referenced action, dismissing the plaintiff's petition without prejudice.

It is hereby ORDERED:

Judgment for the Defendants without prejudice.

By the Court,

**March 31, 2008**                    **/s/ Dennis O'Leary**
**Date**                                       **Deputy Clerk**

(judge-dis.wpd - 12/98)                                    [jgm.]